PATRICK O'ROURKE, Respondent, *v.* THE STATE OF NEW YORK, Appellant. (Claim No. 23503.)

(Argued April 26, 1935; decided May 21, 1935.)

*John J. Bennett, Jr., Attorney-General (John L. Campbell* and *Henry Epstein* of counsel), for appellant.

*Fitch H. Stephens* and *William W. Gregg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.